IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPEL,

    Plaintiff,　　　　　　　　No. CIV S-03-0653 GEB KJM P

    vs.

R. MANDEVILLE, et al.,

    Defendants.　　　　　　　　ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed November 9, 2004, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth and Fourteenth Amendment claims against defendants Mandeville and Rosario, and his Fourteenth Amendment claims against defendants Rodriguez, Rasmussen, Davis and Case as well. Accordingly, the court will order service of process upon these defendants. With respect to the other claims

asserted, plaintiff's amended complaint fails to state a claim upon which relief may be granted.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Mandeville, Rosario, Rodriguez, Rasmussen, Davis and Case.

2. The Clerk of the Court shall send plaintiff six USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed December 20, 2004.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Six copies of the endorsed amended complaint filed December 20, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs.

DATED: May 19, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/chap0653.1

---

[1] Plaintiff asserts claims arising under California law. However, plaintiff fails to allege compliance with California's Tort Claims Act. See Cal. Gov't Code § 910; Mangold v. Cal. Pub. Utils. Comm'n, 67 F.3d. 1470, 1477 (9th Cir. 1995). Therefore, plaintiff cannot proceed on these claims.

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   REX CHAPPELL,
11            Plaintiff,                    No. CIV-S-03-0653 GEB KJM P
12        vs.
13   R. MANDEVILLE, et al.,                 NOTICE OF SUBMISSION
14            Defendants.                        OF DOCUMENTS
15   _____/
```

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                                 Amended Complaint

DATED:

                                        _____
                                        Plaintiff