BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5288
  Fax: (916) 324-5205

Attorneys for Defendants Mandeville, Davis, Rosario, Rasmussen, Rodriguez and Case
SA2005301563

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REX CHAPPELL,** | CIV S-03-0653 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. MANDEVILLE, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendants' request for an extension of time to respond to Plaintiff's amended complaint. Accordingly, Defendants are granted a period of thirty days, to and including December 21, 2005, to file and serve a response.

**IT IS SO ORDERED.**

Dated: November 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER
1