IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REX CHAPPELL,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. MANDEVILLE, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 2:03-cv-0653 GEB KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUEST** |

　　　Defendants' first request for an extension of time to serve their responses to Plaintiff's request for production of documents was considered by this court, and good cause appearing,

　　　IT IS HEREBY ORDERED that Defendants are granted thirty days, to and including May 3, 2006, to serve their responses to Plaintiff's discovery request.

DATED: April 4, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

chap0653.36.wpd

Order

1