IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REX CHAPPELL,** | 2:03-cv-0653 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. MANDEVILLE, et al.,** | |
| Defendants. | |

    The Court has considered Defendants' request for a three-week extension of time to respond to Plaintiff's Motion to Compel, and good cause appearing,

    IT IS ORDERED THAT Defendants' request is granted. Defendants' June 28, 2006 Opposition to plaintiff's May 22, 2006 motion to compel is deemed timely.

DATED:  August 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE