IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                   No. CIV S-03-0653 GEB KJM P

    vs.

R. MANDEVILLE, et al.,

        Defendants.           ORDER

                                    /

        Defendants have requested a two-week extension to file a motion to compel plaintiff's deposition. Good cause appearing, defendants' request will be granted.

        Plaintiff has requested an extension of time to return subpoenas to the court pursuant to the court's March 29, 2007 order. Good cause appearing, plaintiff's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' May 2, 2007 request for an extension of time is granted;

        2. Defendants are granted until May 16, 2007 to file a motion to compel plaintiff's deposition;

/////

/////]

1

1    3.  Plaintiff's April 13, 2007 request for an extension of time is granted; and

2    4.  Plaintiff is granted fifteen days within which to return subpoenas to the court

3   pursuant to the court's March 29, 2007 order.

4   DATED: May 8, 2007.

_____
U.S. MAGISTRATE JUDGE

1
chap0653.ext