IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL

       Plaintiff,                    No. CIV S-03-0653 GEB KJM P

    vs.

R. MANDEVILLE,

       Defendants.               <u>ORDER</u>

_____/

       The United States Marshal is hereby directed to serve the two subpoenas submitted by plaintiff on May 15, 2007 without prepayment of costs.  Plaintiff is informed that any motion to compel regarding the subpoenas shall be filed no later than June 16, 2007.

DATED:  May 17, 2007.

                                            U.S. MAGISTRATE JUDGE

1
chap0653.sub

1