EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Case, Davis, Mandeville,
Rasmussen, Rodriguez and Rosario

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REX CHAPPELL,** | 2:03-cv-0653 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. MANDEVILLE, et al.,** | |
| Defendants. | |

The Court has considered Defendants' request, and good cause appearing,

**IT IS ORDERED THAT** Defendants' request is granted.  Defendants' shall be permitted to file a motion for summary judgment within 60 days of  Plaintiff's full participation in a court-ordered deposition, or a court order denying Defendants' motion to compel Plaintiff's deposition testimony.

DATED: July 2, 2007.

_____
U.S. MAGISTRATE JUDGE

1