IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,                    No. CIV S-03-0653 GEB KJM P

    vs.

R. MANDEVILLE, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Defendants are either employees or former employees of the California Department of Corrections and Rehabilitation (CDCR). Several matters are before the court.

1. <u>Plaintiff's May 7, 2007 Motion To Compel</u>

        On May 25, 2006, defendants filed a motion for an extension of time to depose plaintiff. Defendants indicated they needed more time, prior to the deposition, to inspect and possibly turn over to plaintiff documents that might have been responsive to some of plaintiff's discovery requests. On March 29, 2007, the court granted defendants an additional thirty days within which to depose plaintiff and ordered defendants, if appropriate, to turn over the documents identified in the May 25, 2006 request to plaintiff before the deposition.

1    On May 7, 2007, plaintiff filed a motion asking that defendants be compelled to

2  turn over the documents described in the May 25, 2006 request.  Defendants indicate all such

3  documents have now been turned over to plaintiff, meaning there is nothing that could be

4  compelled.  Therefore, plaintiff's May 7, 2007 motion to compel will be denied.

5  2.  <u>Defendants' May 17, 2007 Amended Motion To Compel[1]</u>

6    Defendants ask that plaintiff be compelled to submit to a deposition.  Defendants

7  assert that plaintiff refused to submit to a deposition noticed for April 26, 2007.  As noted above,

8  the court had previously ordered that defendants depose plaintiff prior to April 28, 2007.

9  Defendants' motion will be granted.  Plaintiff shall submit to deposition within thirty days of this

10  order.  While the court will deny defendants' request that sanctions be imposed at this time,

11  plaintiff is hereby warned that if he does not submit to deposition in accordance with the Federal

12  Rules of Civil Procedure and any other applicable laws, he will be sanctioned, most likely with

13  dismissal of this action.

14  3.  <u>Plaintiff's June 21, 2007 Request For An Extension Of Time To File A Motion To Compel</u>

15    On June 21, 2007, plaintiff filed a request for an extension of time to file a motion

16  to compel.  Good cause appearing, the request will be granted and plaintiff's July 6, 2007 motion

17  to compel will be deemed timely.

18  4.  <u>Plaintiff's July 6, 2007 Motion To Compel</u>

19    Plaintiff asks that the court compel Warden Kramer of California State Prison

20  Folsom to produce a log book recounting the events that occurred while plaintiff was on

21  "contraband watch" from April 30, 2002 until May 6, 2002.  In response to a subpoena served by

22  plaintiff, Warden Kramer indicated he could not locate the log book plaintiff seeks.  Because the

23  court cannot compel Warden Kramer to produce that which he does not possess or control,

24

25    [1]  Defendants' renewed amended motion was served one day later than provided for by
the court, but defendants filed a first renewed motion on the due date of May 16, 2007.  The
26  amended motion is deemed timely.

1   plaintiff's July 6, 2007 motion to compel will be denied.

2   5.   Scheduling

3           With the exception of plaintiff's deposition, discovery is closed.  As noted in the

4   court's July 2, 2007 order, defendants have sixty days from the completion of plaintiff's

5   deposition to file a motion for summary judgment.  If no motion for summary judgment is filed

6   by that date, the court will set dates for the filing of pretrial statements and trial.

7           Accordingly, IT IS HEREBY ORDERED that:

8           1.  Plaintiff's May 7, 2007 motion to compel (docket no. 76) is denied.

9           2.  Defendants' May 17, 2007 motion to compel (docket no. 85) is granted.

10  Plaintiff shall be deposed within thirty days.  Defendants' request that plaintiff be sanctioned is

11  denied without prejudice.

12          3.  Plaintiff's June 21, 2007 request for an extension of time to file a motion to

13  compel (docket no. 94) is granted.  The motion to compel filed by plaintiff on July 6, 2007 is

14  deemed timely.

15          4.  Plaintiff's July 6, 2007 motion to compel (docket no. 97) is denied.

16  DATED:  March 26, 2008.

17

18  _____

19  U.S. MAGISTRATE JUDGE

20

21

22

23  1
    chap0653.mtc(2)
24

25

26