EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5288
 Fax:           (916) 324-5205
 Email:  Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Case, Davis, Mandeville,
Rasmussen, Rodriguez and Rosario

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REX CHAPPELL**, | CASE NO.: 2:03-cv-0653 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. MANDEVILLE, et al**., | |
| Defendants. | |

The Court has considered Defendants' request, and good cause appearing,

**IT IS ORDERED THAT** Defendants' request for an extension of time to file a motion for summary judgment (docket no. 101) is granted.  Accordingly, Defendants are granted a period of 30 days, to and including July 23, 2008, to file and serve a motion for summary judgment.

DATED:  June 26, 2008.

_____
U.S. MAGISTRATE JUDGE

03cv653.o.0626.wpd
SA2005301563

Amended Order

1