IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                    No. CIV S-03-0653 GEB KJM P

    vs.

R. MANDEVILLE, et al.,

      Defendants.               ORDER

_____/

      Plaintiff has filed a request to re-open discovery (#104). Defendants have opposed the request. Plaintiff's request is frivolous and is denied. Plaintiff is cautioned that if he files anymore frivolous motions, he will be sanctioned, possibly with dismissal of this action.

DATED: August 11, 2008.

                                                      U.S. MAGISTRATE JUDGE

1
chap0653.dis