EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax:         (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Mandeville, Davis, Rosario, Rasmussen, Rodriguez, and Case

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REX CHAPPELL,** | CASE NO.: 2:03-cv-0653 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **R. MANDEVILLE, et al.,** | |
| Defendants. | |

Defendant's first request for an enlargement of time to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment (docket no. 14) was considered by this Court, and good cause appearing,

IT IS ORDERED that Defendants have until October 10, 2008, to file a reply.

DATED: October 10, 2008.

_____
U.S. MAGISTRATE JUDGE

Order
1