IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

        Plaintiff,               No. CIV S-03-0653 GEB KJM P

    vs.

R. MANDEVILLE, et al.,

        Defendants.         <u>ORDER</u>

         Defendants have filed a notice of appeal challenging the court's rejection of defendants' qualified immunity argument raised in defendants' motion for summary judgment. Because defendants are entitled to proceed with an interlocutory appeal when an assertion of qualified immunity is rejected, <u>Morgan v. Morgensen</u>, 465 F.3d 1041, 1044 (9th Cir. 2006), and because there is not good cause to proceed in this court until the appeal is resolved, IT IS HEREBY ORDERED that:

/////

/////

/////

/////

/////

1. Plaintiff is relieved of the requirement that he file his pretrial statement for the time being;

2. This matter is stayed; and

3. The Clerk of the Court is directed to administratively close the case.

DATED: June 18, 2009.

_____
U.S. MAGISTRATE JUDGE

1
chap0653.sty